IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIMOTHY J. FARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-09-0303-C |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for judicial review of the Commissioner's denial of disability insurance and supplemental security income benefits was referred for initial proceedings to United States Magistrate Judge Gary M. Purcell, consistent with 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Report and Recommendation on December 10, 2009, recommending that the decision of the Commissioner be reversed and remanded for further proceedings in order to obtain additional step 5 testimony. Plaintiff, through counsel, has timely filed an objection to this report, and the Court therefore considers the matter de novo.

Plaintiff has no objection to Judge Purcell's recommendation that the matter be reversed and remanded for additional proceedings; Plaintiff's objections relate to those legal issues on which Judge Purcell found adequate evidence and legal support for the Commissioner's denial of benefits. As conceded by Plaintiff in his objections, he is merely reasserting matters which had been presented to the Magistrate Judge. After a careful review of the Report and Recommendation, the administrative record, and the arguments of Plaintiff,

the Court agrees with the Report and Recommendation of the Magistrate Judge that the legal and factual arguments of Plaintiff are without merit.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted in its entirety, and this matter is remanded to the Commissioner for further administrative proceedings in order to obtain additional step 5 testimony. A judgment shall enter accordingly.

IT IS SO ORDERED this 7th day of January, 2010.

ROBIN J. CAUTHRON
United States District Judge